FILED

2026 NOV -2 A 7:58

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Universal Screen Arts, Inc., | ) | Case No. 24-51641 |
| | ) | |
| Debtor. | ) | **NOTICE OF WITHDRAWAL** |
| | ) | **OF CLAIM** |

Notice is hereby given that, in accordance with Bankruptcy Rule 3006, the Iowa Department of Revenue hereby withdraws the corresponding proof of claim:

Claim No. 390 dated April 21, 2025 in the amount of $2,650.53.

Respectfully submitted,

/s/ Teresa Corbin

Teresa Corbin
Paralegal
Revenue Division
1305 Walnut
Des Moines, IA 50319
Phone: (515)281.8789
teresa.corbin@ag.iowa.gov